ACCEPTED
05-15-00835-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
11/3/2015 11:37:59 AM
LISA MATZ
CLERK

## No. 05-15-00835-CV

_____

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
11/3/2015 11:37:59 AM
LISA MATZ
Clerk

## COURT OF APPEALS
### for the
### FIFTH DISTRICT OF TEXAS
### Dallas, Texas

_____

### Viking Healthcare, LLC,

*Appellant*,

### v.

### Zeig Electric, Inc.,

*Appellee*.

_____

### On Appeal from the 397th District Court
### of Grayson County, Texas
*Hon. Brian Gary, District Judge*

_____

### UNOPPOSED SECOND MOTION FOR EXTENSION
### OF TIME TO FILE APPELLANT'S BRIEF

_____

**To the Honorable Court:**

Pursuant to TEX. R. APP. P. 10.5(b) and 38.6(d), Appellant Viking Healthcare, LLC ("Viking") files this Unopposed Second Motion for Extension of Time to File Appellant's Brief seeking an additional extension of 14 days to file the Appellant's Brief in this case. In support of the requested 14-day extension, Viking would respectfully show the following:

1.	Viking sought and received one previous extension of time to file its brief in this case, which makes the current due date for the Appellant's Brief November 11, 2015.

2.	For the following reasons, Viking requests an additional extension of 14 days to file the Appellant's Brief, which would make the new due date for the Appellant's Brief Wednesday, November 25, 2015.

3.	The undersigned, who is chiefly responsible for preparing the brief, has been and will be involved in other matters that necessitate an extension, including:

a.	Preparation of an *amicus curiae* brief on behalf of the National Black Chamber of Commerce that was filed on November 3, 2015 in *Samsung et al. v. Apple Inc.*, No. 2014-1802, pending in the United States Court of Appeals for the Federal Circuit; and

b.	Various matters following a trial that concluded on October 23, 2015 in *Johnson v. Emerson Electric Co. et al.*, No. 048-268665-13, pending in the 48th District Court of Tarrant County, Texas.

4.	Because of these and other scheduling conflicts, the undersigned believes that a 14-day extension will be necessary in order to prepare an adequate brief in this case.

5.	This is Viking's second request for an extension of time, and it is not opposed.

2

WHEREFORE, Appellant Viking Healthcare, LLC respectfully prays that the Court grant this unopposed motion and extend the time to file its Appellant's Brief to November 24, 2015.

Respectfully submitted,

*/s/ J. Carl Cecere*

<table>
<tr><td>

**Peter K. Munson**
State Bar No. 14673000
pkmunson@munsonlaw.com
**Christina A. Tillett**
State Bar No. 24010448
catillett@munsonlaw.com
**Munson, Munson, Cardwell
& Tillett, P.C.**
123 South Travis Street
Sherman, Texas 75090
Telephone: 903.893.8161
Facsimile: 903.893.1345

</td><td>

**J. Carl Cecere**
State Bar No. 24050397
ccecere@cecerepc.com
**Cecere PC**
6035 McCommas Blvd.
Dallas, Texas 75206
Telephone: 469.600.9455


**Jeffrey S. Levinger**
State Bar No. 12258300
jlevinger@levingerpc.com
**Levinger PC**
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
Telephone: 214.855.6817
Facsimile: 214.855.6808

*Attorneys for Viking Healthcare, LLC*

</td></tr>
</table>

## CERTIFICATE OF CONFERENCE

On November 2, 2015, the undersigned conferred with Steven Aldous, counsel for Appellee regarding this motion.  Mr. Aldous stated that his client does not oppose the requested extension of the deadline to file the Appellant's Brief.

*/s/ J. Carl Cecere*

**J. Carl Cecere**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Unopposed Second Motion for Extension of Time to File Appellant's Brief was served by electronic transmission on the following counsel on this 3rd day of November, 2015.

Richard Capshaw
Christopher M. Blanton
CAPSHAW & ASSOCIATES
3031 Allen Street, Suite 201
Dallas, Texas 75204
Richard@capslaw.com
Christopher@capslaw.com

Steven E. Aldous
FORSHEY & PROSTOK, LLP
500 Crescent Court, Suite 240
Dallas, Texas 75201
saldous@forsheyprostok.com

/s/ J. Carl Cecere

**J. Carl Cecere**